UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOUSTON SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.

Case No: 8:15-cv-2165-T-17AAS

ENOCH VAUGHN, individually, and as
Parent and Natural Guardian of M.V., a
minor, ALL FLORIDA
WEATHERPROOFING &
CONSTRUCTION, INC., RICHARD
FULFORD, and ROBERT
MENDENHALL,

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

This cause comes before the Court pursuant to the *Plaintiff Houston Specialty Insurance Company's Motion for Judicial Notice* (Doc. No. 95) (the "**Motion**") filed by the Plaintiff, Houston Specialty Insurance Company. As the Court recently noted in its summary judgment order (Doc. No. 156), genuine issues of fact preclude summary judgment regarding whether the policy of insurance in this case is a surplus lines policy. Since Federal Rule of Evidence 201 only permits the Court to take judicial notice of "a fact that is not subject to reasonable dispute," the matter before the Court may not be judicially noticed.

    Accordingly, it is

*Remainder of Page Intentionally Left Blank*

Order in Case No. 8:15-cv-2165-T17-AAS

**ORDERED** that the Motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 14th day of March, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record